Company. No opinions. Motions granted, with $10 costs. Orders filed.

GERZOG DAVIDOFF CONST. CO., Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Gerzog Davidoff Construction Company against Jacob Levin. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs. See Krainin v. Coffey, 119 App. Div. 516, 104 N. Y. Supp. 174.

GITTLEMAN, Respondent, v. FELTMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Eva Gittleman against Charles L. Feltman and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice GAYNOR.

GLOVER, Respondent, v. UNITED STATES HEALTH & ACCIDENT INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Eliza Glover against the United States Health & Accident Insurance Company. No opinion. Judgment affirmed, with costs.

GOLDEN et al., Respondents, v. SCHMIDT et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Aman Golden and others against Gustav A. Schmidt and another. No opinion. Order affirmed, with $10 costs and disbursements.

GOLDSBOROUGH, Appellant, v. HUTCHINSON ACOUSTIC CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by W. Elwell Goldsborough against the Hutchinson Acoustic Company and others. W. D. Gaillard, for appellant. J. Quinn, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

GOULD v. GOULD. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Kathrine C. Gould against Howard Gould. No opinion. Motion denied, with $10 costs. Order filed.

GOVE, Respondent, v. TOWER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Le Roy S. Gove, as trustee, against Levi L. Tower and others. C. H. Williams, for appellants. J. R. Abney, for respondent. No opinion. Judgment affirmed, without costs. Order filed.

GOZZETT, Respondent, v. PLAUT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Edward J. Gozzett against Albert Plaut and another. No opinion. Motion denied.

In re GRADE DAMAGE COMMISSION. In re GEISLER. In re DE VINNE. In re KAHRS. In re ASTOR. In re PETERSON.

In re BURNETT. In re GAINSBORG. (Supreme Court, Appellate Division, First Department. December 13, 1907.) In the matter of the grade damage commission. In the matter of Geisler. In the matter of De Vinne. In the matter of Kahrs. In the matter of Astor. In the matter of Peterson. In the matter of Burnett. In the matter of Gainsborg. No opinions. Applications for extension granted. Settle orders on notice.

GRAY, Respondent, v. SIEGEL–COOPER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Mary A. Gray, as administratrix, against the Siegel-Cooper Company. G. G. Battle, for appellant. J. C. Robinson, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000, together with interest, costs, etc., in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See 111 App. Div. 926, 97 N. Y. Supp. 1135.

GROTE v. GROTE. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Augustus H. Grote against Ida F. Grote. No opinion. Motion denied, with $10 costs. Order filed.

GUNDERSON, Respondent, v. ROEBLING CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Rosa Gunderson, administratrix, etc., of Peter A. Gunderson, deceased, against the Roebling Construction Company, impleaded with Post & McCord. No opinion. Order affirmed, with costs.

HAACK, Respondent, v. BROOKLYN LABOR LYCEUM ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Laura A. Haack against the Brooklyn Labor Lyceum Association. No opinion. Order unanimously affirmed, with costs.

HAACK, Respondent, v. BROOKLYN LABOR LYCEUM ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Bruno Haack, an infant, by Laura A. Haack, his guardian ad litem, against the Brooklyn Labor Lyceum Association. No opinion. Order unanimously affirmed, with costs. See 93 App. Div. 491, 87 N. Y. Supp. 814.

HAAS, Appellant, v. LOEB et al., Respondents. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Gustavus Haas against Louis L. Loeb and others. N. L. Robinson, for appellant. B. N. Cardozo, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

HACKETT, Appellant, v. VIEW et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Mary E. Hackett against George H. View and others.